# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                           **CRIMINAL ACTION NO. 3:08CR098-P-A**

**BUFORD FLOYD,**                                                         **DEFENDANT.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant's fourth motion to continue trial [24]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for April 27, 2009. Defense counsel requests a continuance to afford more time to prepare for trial in light of newly disclosed evidence. The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from April 27, 2009 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's fourth motion to continue trial [24] is **GRANTED**;

(2) Trial of this matter is continued until Monday, June 1, 2009 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from April 27, 2009 to June 1, 2009 is excluded from Speedy Trial Act

considerations as set out above;

    (4) The deadline for filing pretrial motions is May 11, 2009; and

    (5) The deadline for submitting a plea agreement is May 18, 2009.

    **SO ORDERED** this the 23rd day of April, A.D., 2009.

                      /s/ W. Allen Pepper, Jr.
                        W. ALLEN PEPPER, JR.
                        UNITED STATES DISTRICT JUDGE