**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**            **CRIMINAL ACTION NO. 3:08CR098-P-A**

**BUFORD CORNELIUS FLOYD,**
**KEITH PITTMAN, and VINSON JACKSON**           **DEFENDANTS.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant's sixth motion to continue trial [34]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for July 20, 2009. Defense counsel requests a continuance to afford more time to prepare for his client's defense given the recent Superceding Indictment which added three counts. The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from July 20, 2009 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The time is also excludable as to Defendant Floyd's co-defendants pursuant to 18 U.S.C. section 3161(h)(6) because the period of delay is reasonable and no motion for severance has been granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's fourth motion to continue trial [34] is **GRANTED**;

(2) Trial of this matter is continued **as to all defendants** until Monday, August 31, 2009 at

1

9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from July 20, 2009 to August 31, 2009 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is August 10, 2009; and

(5) The deadline for submitting a plea agreement is August 17, 2009.

**SO ORDERED** this the 11th day of June, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE